CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, *v.* THE PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY et al., Defendants.

FRANK S. SMITH, as Receiver of the PITTSBURG, SHAWMUT AND NORTHERN RAILROAD COMPANY, Appellant; CENTRAL TRUST COMPANY OF NEW YORK, as Trustee of the Mortgage of THE CENTRAL NEW YORK AND WESTERN RAILROAD COMPANY, Respondent.

*Central Trust Co. of N. Y.* v. *Pittsburg, S. & No. R. R. Co.,* 174 App. Div. 800, affirmed.

(Argued March 7, 1917; decided March 27, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 26, 1916, which reversed an order of Special Term granting a motion to amend *nunc pro tunc* three several petitions of the receiver for the issuance of receiver's certificates and a motion to bring in the plaintiff in the action as a party defendant and denied said motions.

The following questions were certified: "1. Had the Special Term power to grant the order amending the petitions *nunc pro tunc?* 2. Had the Special Term power to grant the order bringing in the Central Trust Company as a party defendant?"

*Alton B. Parker, Alexander Miller* and *Frank Sullivan Smith* for appellant.

*Arthur H. Van Brunt* for respondent.

Order affirmed, with costs, and questions certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: McLAUGHLIN, J.